**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-20372-BLOOM/Otazo-Reyes**

SEABOARD MARINE LTD.,

    Plaintiff,

v.

AMERICAN CLOTHING EXCHANGE, INC.,

    Defendant.

_____/

**ORDER TAXING COSTS**

**THIS CAUSE** is before the Court upon Plaintiff Seaboard Marine Limited ("Plaintiff's") Motion for Bill of Costs and Verified Memorandum of Law in Support of Bill of Costs. ECF No. [30] ("Motion"). Therein, Plaintiff seeks $464.25 in taxable costs as the prevailing party in this case. The costs include $402.00 for fees of the Clerk, and $62.25 fees for service of summons and subpoena. Defendant has agreed to this relief. *See* S.D. Fla. L.R. 7.1(c).

After a review of the materials submitted by Plaintiff, the Court finds that the requested costs are recoverable and in compliance with 28 U.S.C. § 1920. Therefore, Plaintiff is entitled to recover $464.25 in taxable costs.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion, **ECF No. [30]**, is **GRANTED**.

2. Plaintiff is entitled to recover **$464.25 in taxable costs** from Defendant.

Case No. 23-cv-20372-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 3, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record